**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA CALVO-PEREZ, | No. C -11-03382 (EDL) |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COMMERCIAL RECOVERY SYSTEMS, et al. | |
| Defendants. / | |

Pursuant to Plaintiff's request and good cause appearing, the initial case management conference currently set for October 4, 2011 is continued to December 6, 2011 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: October 12, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge