IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA CALVO-PEREZ, | No. C 11-03382 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE** |
| COMMERCIAL RECOVERY SYSTEMS, INC., et al., | |
| Defendants. | |

The Court **DENIES** plaintiff's request to appear at the case management conference by telephone due to the equipment in the courtroom not being conducive to holding hearings on same. Counsel must appear personally at the case management conference.

**IT IS SO ORDERED.**

Dated: January 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE