**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANESSA CALVO-PEREZ,                                  No. C 11-03382 WHA

        Plaintiff,

  v.                                                                        **ORDER RE NOTICE
OF SETTLEMENT**

COMMERCIAL RECOVERY SYSTEMS,
INC, MARY FLOYD, and CHRISTINE
HANSFORD,

        Defendants.
_____/

      The Court acknowledges and thanks counsel for the notice of settlement and cautions that all deadlines remain in place until a dismissal is filed.


      **IT IS SO ORDERED.**


Dated:  February 21, 2012.

                        _____
                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE