IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANESSA CALVO-PEREZ,

    Plaintiff,

  v.

COMMERCIAL RECOVERY SYSTEMS, INC, MARY FLOYD, and CHRISTINE HANSFORD,

    Defendants.

No. C 11-03382 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks counsel for the notice of settlement and cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: February 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE